HALLOCK et al. v. BABCOCK MFG. CO. (Circuit Court of Appeals, Second Circuit. March 2, 1904.) No. 138. Appeal from the Circuit Court of the United States for the Northern District of New York. Howard Denison, for appellant. Marcellus Bailey, for appellees. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. On the record as it stands we are not prepared to decide that the preliminary injunction (124 Fed. 226) should not have been granted.

---

LOUISVILLE & N. R. CO. v. WEST COAST NAVAL STORES CO. (Circuit Court of Appeals, Fifth Circuit. March 29, 1904.) No. 1,323. In Error to the Circuit Court of the United States for the Northern District of Florida. W. A. Blount, for plaintiff in error. Jno. C. Avery, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The questions involved on this writ of error were fully decided when this case was first before the court. See West Coast Naval Stores Company v. Louisville & Nashville R. Co., 121 Fed. 645, 57 C. C. A. 671. And, as we adhere to the views therein expressed, the judgment of the Circuit Court is affirmed.